EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Tova.Wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES WILLIAM MYERS, | ) No. CV 2:15-cv-02534-E |
|     Plaintiff, | ) |
| vs. | ) [~~PROPOSED~~] |
| | ) JUDGMENT |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

    The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to <u>Sentence Four</u> of 42 U.S.C. § 405(g) and to Entry of Judgment lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 11/20/15

    _\[signature\]_
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE